UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankr. No. 23-40069 |
| **Valerie Lyn VanDeVeire** | ) | Chapter **7** |
| | ) | |
| Soc. Sec. No. **xxx-xx-2560** | ) | |
| | ) | |
| | ) | DISCLOSURE OF COMPENSATION |
| | ) | |
| Debtor. | ) | |

1. <u>Received or Promised</u>. Pursuant to 11 U.S.C. § 329(a), Fed.R.Bankr.P. 2016(b), and Bankr. D.S.D. R. 2016-1(a), I declare that within one year of the filing of the petition in this case I have been paid or will be paid the following fees by Debtor (unless stated otherwise below) for services rendered or to be rendered in contemplation of or in connection with this case:

   (a) Compensation for legal services (flat fee)           $       1,375.00
   (b) Costs (estimate including filing fee; excluding sales tax)   +           45.00
   (c) Sales tax on compensation                           + $          89.38
   (d) Total:                                              = $       1,509.38
   (e) I have received:                                    - $         630.75
   (f) I am still owed:                                    = $         878.63

2. The source of the compensation paid to me was:

    x Debtor        Other (specify):     _____

    The source of compensation to be paid to me is:

    x Debtor        Other (specify):     _____

3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

4. In return for the above-disclosed fee, I have agreed to render the following legal service:

*Pre-Filing Services*

   Meeting and consulting with Debtor as needed prior to filing the case.
   Analyzing the information from Debtor's intake questionnaire and other documents.
   Providing complete and thorough legal analysis and legal advice to help Debtor make important legal choices and to comply with the bankruptcy code and rules.
   Preparing and filing Debtor's Chapter 7 Voluntary Petition, Pre-Filing Credit Counseling Certificate and List of Creditors to start Debtor's Chapter 7 case.

*Necessary Post-Filing Services*

   Preparing and filing Debtor's Statement of Financial Affairs and Schedules.
   Preparing and filing Debtor's Means Test calculations and disclosures.
   Conducting a second signing appointment for Debtor to review and sign Debtor's statements and schedules.

In re   **Valerie Lyn VanDeVeire**                                    Case No. _____
                            Debtor(s)

## DISCLOSURE OF COMPENSATION
(Continuation Sheet)

    Preparing for and attending Debtor's Section 341 Meeting of Creditors.
    Administrating and monitoring Debtor's case and communicating with Debtor throughout the process.
    Forwarding necessary documents to the Trustee.
    Reviewing and responding to Trustee requests.
    Any legal service required by the local rules.

5. Not included in the above-disclosed fee, I have agreed to render the following post-petition legal service, if necessary, at an hourly rate of $275.00 billed in 1/10th of an hour increments.  However, I have agreed to limit any fees for Other Post-Petition Services stated below to $425.00 plus sales tax.

*Other Post-Filing Services (services that may or may not be necessary depending on the circumstances of Debtor's specific case)*

    Preparing and filing amended schedules, statements, or other documents.
    Reviewing and responding to Motions for Turnover.
    Noticing employer or creditor to stop garnishment.
    Reviewing, advising, and representing Debtor regarding any motions for stay relief.
    Reviewing, advising, and representing Debtor regarding any reaffirmation agreements or redemptions.
    Attending any continued Section 341 Meeting of Creditors.

6. Not included in the above-disclosed fee, the following services are Excluded Services.  If required, Excluded Services will be billed at an hourly rate of $275.00 billed in 1/10th of an hour increments without limit.

*Excluded Services*

    Reviewing, advising, and representing you on any 2004 exams and attending related exam.
    Reviewing, advising, and representing you regarding any audit by the US Trustee.
    Preparing and filing claims or objections to claims when appropriate.
    Reviewing, advising, and representing you regarding any lien avoidance matters.
    Preparing and filing a motion to reinstate the case.
    Representing you in any adversary proceedings, dischargeability actions and other contested bankruptcy matters not mentioned in the services above.
    Representing you in any municipal, county, state, or other local jurisdiction court matters.
    Representing you in any tax matters (we recommend you consult with a tax specialist about any tax matters including whether you should delay filing bankruptcy in order to discharge any tax obligations).
    Representing you in any efforts to discharge student loans.
    Pursuing creditors for violations of the automatic stay, discharge injunction or Fair Credit Reporting Act.
    Motions to revoke a discharge.
    Obtaining title reports.
    Appeals.
    Correcting credit reports.
    Negotiating with Check Systems.

In re   **Valerie Lyn VanDeVeire**                                              Case No.   _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION
(Continuation Sheet)

Removal of judgments from credit report, court records or property titles.

7. Debtor and counsel have entered into two separate fee agreements:

   a. The first agreement was signed prior to the filing of the petition for the Pre-Filing Services stated above in Paragraph 4. Counsel's fees under the first agreement were $585.75, sales tax inclusive, of which $585.75 was paid and the balance (if any) was waived by counsel, and costs of $45.00, of which $45.00 was paid and the balance (if any) was waived by counsel.

   b. The second agreement was signed after the petition was filed for Necessary Post-Filing Services stated above in Paragraph 4. Counsel's fees under the second agreement are $878.63 sales tax inclusive. The second agreement allows the Debtor(s) to pay these post-petition fees and costs in installments subject to interest on any remaining balance at 1.5% per month. The second agreement also details the fees for Other Post-Filing Services and Excluded Services as described in Paragraphs 5 and 6.

8. If the case is converted to another chapter, Debtor further understands a different fee agreement will be necessary and post-conversion some fees may be necessary prior to converting and some fees may be paid as part of the Chapter 13 plan.

9. I will file a supplemental disclosure of compensation if this agreement changes or if I receive additional fees for other services or costs in this case that have not been disclosed.

10. If the fees for my pre-petition services, sales tax, and expenses (including filing fee) have not been paid in full pre-petition (see paragraph 1 above), I understand and have advised Debtor that while Debtor may voluntarily pay any amount I am still owed, that amount will be discharged, and I will not be able to take any action to collect any portion of it, unless and until Debtor and I enter into a reaffirmation agreement and the Court approves the reaffirmation agreement following a hearing that Debtor must attend.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

In re  **Valerie Lyn VanDeVeire**                                     Case No.  _____
　　　　　　　　　　　　　　Debtor(s)

## DISCLOSURE OF COMPENSATION
(Continuation Sheet)

Dated:   04/12/2023                              /s/ Eric J. Ronke
　　　　　　　　　　　　　　　　　　　　　　　**Eric J. Ronke**
　　　　　　　　　　　　　　　　　　　　　　　**Ronke Law, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　**3130 West 57th Street, Suite 111**
　　　　　　　　　　　　　　　　　　　　　　　**Sioux Falls, SD 57108**
　　　　　　　　　　　　　　　　　　　　　　　tele:  **6053705088**
　　　　　　　　　　　　　　　　　　　　　　　e-mail: **eric@ronkelaw.com**